1
2
3
4
5
6
7
**UNITED STATES DISTRICT COURT**
8
**EASTERN DISTRICT OF CALIFORNIA**
9
10
11    MACK LUCAS III,                                    Case No. 1:18-cv-00514-DAD-EPG (PC)

12                          Plaintiff,                   **ORDER**

13            v.

14    STATE OF CALIFORNIA, *et al.*,

15                          Defendants.

16          Plaintiff, Mack Lucas III, is a state prisoner proceeding *pro se* in this civil rights action

17    filed pursuant to 42 U.S.C. § 1983 (ECF No. 1). On April 12, 2018, Plaintiff filed an application

18    to proceed *in forma pauperis* (ECF No. 3).

19          The Court has conducted a preliminary review of Plaintiff's complaint. It is not clear if

20    Plaintiff has been convicted or not. However, it is clear that Plaintiff has pending proceedings in

21    state court and is seeking dismissal of those proceedings and to be released from custody through

22    this § 1983 case. The Court notes that because of the pending state proceedings, because Plaintiff

23    is requesting release from custody, and because the defendants do not appear to be proper

24    defendants, this case does not appear to be properly brought under § 1983.

25          The Court is required to conduct a thorough review of Plaintiff's claims to determine

26    whether the case should proceed. *See* 28 U.S.C. § 1915A ("The court shall review . . . as soon as

27    practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a

28

governmental entity or officer or employee of a governmental entity."); 28 U.S.C. § 1915(e)(2) ("[T]h court shall dismiss the case at any time if the court determines that . . . the action . . . is frivolous or malicious; . . . fails to state a claim on which relief may be granted; or . . . seeks monetary relief against a defendant who is immune from such relief."). Before approving Plaintiff's IFP application and conducting the required thorough review of Plaintiff's complaint, the Court will provide Plaintiff with the opportunity to consider the potential problems with proceeding with his claims under § 1983, and will require Plaintiff to inform the Court whether he wishes to pursue his IFP application and this § 1983 case at this time.

Accordingly, IT IS ORDERED that:

1. Plaintiff is directed to file a notice, **within thirty (30) days** from the date of this order, that either:

   a. Informs the Court that he wishes to proceed with his IFP application and this § 1983 case at this time; or

   b. Voluntarily dismisses this action without prejudice.

2. The Clerk's Office is respectfully DIRECTED to send Plaintiff a petition for a writ of habeas corpus under 28 U.S.C. § 2241 form, and a petition for a writ of habeas corpus under 28 U.S.C. § 2254 form.

IT IS SO ORDERED.

Dated:   **September 12, 2018**          /s/ _Eric P. Group_
                                        UNITED STATES MAGISTRATE JUDGE

2